UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE EX PARTE APPLICATION OF SYVIA
BEEDEK KLEIN AND ELAINE BENEK
SEGAL,                                                                                    20-mc-203

ORDER

-----------------------------------------------------------x

CASTEL, U.S.D.J.

       The proposed movants have made a good case for a more extended schedule on the proposed motion, e.g. volume of materials, the only recent obtaining of the late April, early May 2020 filings by Ms. Klein and Ms. Siegal, the pendency of related proceedings in Brazil since 2016, the need to translate documents from Portuguese and the need to secure input from a Brazilian law expert. In contrast, Ms. Klein and Ms. Siegal received the Court's Order on February 17, 2021 but elected to serve the proposed movants on March 12, 2021 and have not made any showing of any impact of a schedule in this Court on the applicants ability to meet any schedule in a Brazilian court.

       The proposed motion shall be filed by May 21, 2021. A response is due June 18, 2021. Any reply is due July 16, 2021. All other relief sought by the proposed movants (Doc 35) and the applicants (Doc 39) is denied.

       SO ORDERED.

Dated: New York, New York
       April 15, 2021

                                                        P. Kevin Castel
                                           United States District Judge