

Mayer Brown LLP
1221 Avenue of the Americas
New York, New York 10020-1001

Main Tel +1 212 506 2500
Main Fax +1 212 262 1910
www.mayerbrown.com

**Luc W. M. Mitchell**
Direct Tel +1 212 506 2336
Direct Fax +1 212 849 5678
lmitchell@mayerbrown.com

January 17, 2023

<u>**VIA ECF**</u>

Hon. P. Kevin Castel
United States District Judge
500 Pearl St.
New York, New York 10007

Re:   Ex parte Application of Klein,
      20 Misc. 203 (PKC) (S.D.N.Y.)

Dear Judge Castel,

We represent intervenors Gertrudes Benedek, Alexandre R. Benedek, Vivian Noemy Benedek Moas and Evelyn Benedek.  No conferences before the Court are presently scheduled.

I write on behalf of all parties to submit for the Court's consideration the enclosed proposed protective order to govern the use and handling of confidential information produced by witnesses in response to subpoenas authorized by the Court's October 26, 2022 order.  The language Individual Practice No. 4 requires for all confidentiality orders appears in paragraph 7(e) of the proposed order, on pages 7–8.

Respectfully submitted,

<u>/s/ *Luc W. M. Mitchell*</u>
Luc W. M. Mitchell

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including
Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership)
and Tauil & Chequer Advogados (a Brazilian partnership).